UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | CASE NUMBER 1:21-CV-01869-RC |
| v. | |
| MIKHAIL KOKORICH, | JURY TRIAL DEMANDED |
| Defendant. | ORAL ARGUMENT REQUESTED |

**DEFENDANT MIKHAIL KOKORICH'S MOTION TO DISMISS THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Mikhail Kokorich, through his undersigned counsel, moves to dismiss the Complaint on the following grounds. Under the Rule, Plaintiff has the obligation to plead a cause of action on which relief can be granted. Here Plaintiff has failed to plead such a cause of action. Accordingly, the Complaint should be dismissed. In addition, Defendant requests such other relief as may be deemed just and proper.

This motion to dismiss the Complaint is supported by the accompanying Memorandum of Points and Authorities, and all files and records in this action.

The moving Defendant requests oral argument on this motion.

Dated:  September 27, 2021  Respectfully submitted,

/s/ Thomas O. Gorman
Thomas O. Gorman #398734
gorman.tom@dorsey.com
Erica F. Andrews #1048523
andrews.erica@dorsey.com
DORSEY & WHITNEY LLP
1401 New York Avenue NW, Suite 900
Washington, D.C.  20005
Telephone:  (202) 442-3000
Fax:  (202) 442-3199

Attorneys for Defendant MIKHAIL KOKORICH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September, 2021, a copy of the foregoing DEFENDANT'S MOTION TO DISMISS was filed electronically with the Clerk of Court for the United States District Court for the District of Columbia using the CM/ECF system and accomplished service via the same.

/s/ Thomas O. Gorman
Thomas O. Gorman