UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MIKHAIL KOKORICH,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) CASE NUMBER 1:21-CV-01869-RC<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF THOMAS O. GORMAN

I, Thomas O. Gorman, hereby declare as follows:

1. I am a partner in the law firm of Dorsey & Whitney LLP, and am the lead counsel representing Defendant Mikhail Kokorich in the above captioned matter.

2. Attached hereto as Exhibit 1 is a true and correct copy of the January 14, 2019 Momentus blog post titled "Our First Mission, 'El Camino Real', Is Ready to Fly".

3. Attached hereto as Exhibit 2 is a true and correct copy of the November 27, 2019 e-mail from Nathan Orr of Momentus to Joel Sercel of Momentus, with other Momentus' employees copied, including Mikhail Kokorich.  The subject line of the e-mail is "Re: Need El Camino Real Failure Review Board".

4. Attached hereto as Exhibit 3 is a true and correct copy of the September 25, 2019 Space News article by Debra Werner titled "Momentus reports success in testing water plasma propulsion".

5. Attached hereto as Exhibit 4 is a true and correct copy of the January 13, 2021 letter from Andrew Pahutski, Director, Office of Foreign Investment Review, U.S. Department

of Defense, to SEC Acting Chairman Elad Roisman regarding the Stable Road and Momentus merger.

    I declare under penalty of perjury that the foregoing in true and correct.

    Executed on this 27th day of September, 2021, in Washington, District of Columbia.

Dated: September 27, 2021

By: _____

    Thomas O. Gorman