# EXHIBIT 2

## Re: Need El Camino Real Failure Review Board

**From:** Nathan Orr <nathan.orr@momentus.space>
**To:** Joel Sercel <joel.sercel@momentus.space>
**Cc:** Alex Wicks <alexander.wicks@momentus.space>, Mikhail Kokorich <mk@momentus.space>, Dawn Harms <dawn.harms@momentus.space>, Alexander Fishkin <alex@momentus.space>
**Date:** Wed, 27 Nov 2019 17:15:34 +0000

Hey Joel,
I'm not sure we will get significant value from bringing in outsiders and it will slow down the process (coordination, NDAs, etc…). Technically we are the outsiders for this review as we don't have intimate knowledge of their technology or processes. I am confident our people can quickly review their data and find a path forward.

I will talk to AD and kick this off.

Nathan



**Nathan Orr**
Chief Engineer
+1 (650) 316 3096
momentus.space

This email and any attachments may contain private, confidential, and privileged material for the sole use of the intended recipient. If you are not the intended recipient, please immediately delete this email and any attachments.

On Nov 26, 2019, at 5:16 PM, Joel Sercel <joel.sercel@momentus.space> wrote:

Hi Nathan

Even if we recover the spacecraft, at this point it is my judgement that we need to convene a failure review board because the computer is proven not reliable enough IMO as CTO to baseline for Vigoride without corrective action and a failure cause. I am sure AD will want Jan King involved, but this needs to be our board and they need to pay for their costs. Jan can be a presenter, but not a board member (This is his failure). Which outsiders can we get quickly to crawl over the date from this mission and their other missions in which this anomaly has taken place, and figure out what is going on and how to save Vigoride 0.8?

I think it is critical that Kyle be involved heavily as a presenter in this.

I am asking you to lead this process as our Chief Engineer. This should be a highly technical informal process. Would like to have a plan and way ahead by COB Monday. This is for discussion at tomorrow's risk management meeting. Would like to close this out in a week or so and figure out the way ahead.

The plan should be for you and the board to report out to me with your findings.

Thanks much

Joel

<PastedGraphic-3.pdf>

**Joel C. Sercel, PhD**
Chief Technology Officer
Momentus
3050 Kenneth St. Santa Clara CA, 95054
(818) 422-0514, joel.sercel@momentus.space
*This email and any attachments may contain private, confidential and privileged material for the sole use of the intended recipient. If you are not the intended recipient, please immediately delete this email and any attachments.*