# EXHIBIT 3

# SPACENEWS

# Momentus reports success in testing water plasma propulsion

by **Debra Werner** — September 25, 2019



Momentus, a Santa Clara, California, startup building an in-space transportation business, successfully tested its water plasma propulsion in orbit on the El Camino Real mission, a 16-unit cubesat. Momentus employees shown with the El Camino Real satellite. Credit: Momentus

SAN FRANCISCO – Silicon Valley startup Momentus' is reporting success in on-orbit testing of water plasma propulsion and other key elements of its Vigoride in-space transportation vehicle.

"The on-orbit testing has demonstrated for the first time that microwave electrothermal plasma technology has the potential to achieve high specific impulse using water propellant," Momentus CEO Mikhail Kokorich told *SpaceNews*. "Water plasma propulsion is now technologically mature enough to be baselined for operational in-space transportation missions."

For the next few months, Momentus plans to continue firing the water plasma thruster and performing in-space maneuvers on the El Camino Real spacecraft launched in July. Engineers will compare the results of on-orbit testing with results of ground tests to validate the company's models and analysis, Kokorich said by email. El Camino Real is a 16-unit cubesat integrated by Astro Digital, a spacecraft manufacturer and geospatial data analysis firm based in Santa Clara, California.

Momentus has raised more than $34 million for its campaign to develop Vigoride and Vigoride Extended, shuttles to move small satellites between orbits. One promising application for the technology is moving satellites from the orbit where they are dropped off by large rockets conducting rideshare missions to their optimal orbital locations, Negar Feher, Momentus product and business development vice president, said at the World Satellite Business Week conference in Paris earlier this month.

"The purpose of the El Camino Real mission was to flight demonstrate our core propulsion technology so customers, investors and stakeholders can have absolute confidence that Momentus will deliver their payloads to a given orbit," Kokorich said. "Some early results have already been shared with our stakeholders, which include customers," he added.

In addition to water plasma propulsion, Momentus is testing Vigoride subsystems on the El Camino Real mission including flight software, avionics, attitude sensors, microwave and power system. During the mission, Momentus has noted both nominal and off-nominal operational events "as can be expected from any new flight system," Kokorich said.

During one operation, water froze throughout the spacecraft's propulsion lines. "The system proved to be highly resilient and post-freezing, all units were successfully verified to operate as expected," Kokorich said. "El Camino Real has performed numerous hot thruster firings on-orbit since it launched in early July and the company has collected a wealth of valuable telemetry."

Momentus revealed the first El Camino Real test results on Twitter. "El Camino Real is performing as expected!" the company tweeted Sept. 9. "This successfully demonstrates for the first time in-space water plasma propulsion, and also demonstrates the technology, which has the highest specific impulse among other water-based propulsion."

COMMERCIAL   ASTRO DIGITAL   MOMENTUS   SMALL SATELLITES



24 Comments   SpaceNews   🔒 Disqus' Privacy Policy                                   1  Login

♡ Recommend        💬 Tweet    f Share                                          Sort by Best


Join the discussion…

**LOG IN WITH**       **OR SIGN UP WITH DISQUS** ❓

Name

**Blaise A. Darveaux** • 2 years ago

The white coats show that they are REALLY serious. LOL.

Congratulations. I, admittedly, don't know much about the technology yet, but is sounds promising. Keep up the good work towards a better future.

9 ∧ ∨ • Reply • Share ›

> **Alwin Barni** ➤ Blaise A. Darveaux • 2 years ago • edited
>
> Their technology has impressive parameters for in space high thrust propulsion: up to 700s ISP with 500W power (which can go up little bit with higher power).
>
> Edit: here some more about their tech.
>
> 3 ∧ ∨ • Reply • Share ›
>
>> **JB 1969** ➤ Alwin Barni • 2 years ago
>>
>> Interesting, I guess it makes sense it very limited conditions like mining an ice asteroid or in orbits where you can refuel with water regularly. It could allow twice the thrust per mass unit of any liquid fuel, water is decently dense, so one that spends a decade plus in service might be very useful.
>>
>> But, for high thrust liquid rockets have them and on reaction mass efficiency various ion drives beat them by 2 to 4 times.
>>
>> 2 ∧ ∨ 1 • Reply • Share ›
>>
>>> **Alwin Barni** ➤ JB 1969 • 2 years ago
>>>
>>> The concept is interesting though not new. They still have all the issues related to this type of engine like: heat, magnetic fields and erosion - curious how it will play out.
>>>
>>> With regard to heat they claim to induce some vortexes, which keep the hot plasma away from the engine shell, which is kept cool by remaining water (if I understand correctly). With regard to magnetic fields - I am not sure they use any, maybe the engine exhaust comes from internal pressure and the nozzle is an ordinary metal one (seems like from the documents) - it would keep the engine simple, but erosion would remain an issue.
>>>
>>> On one hand it's ISP scales with energy (to 1100s with 100kW), on the other hand I do not see a reason against some deployable booster accelerating this plasma to higher ISPs when needed.
>>>
>>> 1 ∧ ∨ • Reply • Share ›
>>
>> **Nate** ➤ JB 1969 • 2 years ago
>>
>> For satellites, space-storable propellants are quite valuable, both for launch and for

lifespan. So for asteroid mining, what you want is not an 'asteroid' per se, but certainly carbonaceous asteroids tend to be water-rich, whether B, C, or D-type asteroids. Said water can either be used directly, cracked for hydrolox spacecraft, or also used for potable water, washing, radiation shielding, etc., all of which are very useful to a spacefaring civilization. Not very limited, unless one holds the position that space will remain solely a region for science and exploration well into the future.

Momentus appears to be aiming for a niche between high thrust and high Isp propulsion, and with the multifarious uses water has already, they have an excellent choice in working fluid, as well. Typical ion drive propellants will likely be very rare among asteroids closer to Earth, though they may exist in usable quantities in the outer solar system.

1 ^ • Reply • Share ›

**JB 1969** → Nate • 2 years ago

Satellites for long duration look more to ion since that is the best for a fuel once then long life span. I meant asteroids that contain some ice., net necessarily all ice. Getting enough water in place for all its uses could be the great need of space fairing operations. Use for fuel might reach a limitation.

2 ^ 1 • Reply • Share ›

**Robert Lucien Howe** → JB 1969 • 2 years ago • edited

Looking from a hard science fiction/future extrapolation perspective water is extremely promising. Yes it is useful for life-support and can be cracked for oxygen. Its relatively cheap and safe to handle and common all over the place. As for quantity long term, ice moons like Ganymede or Callisto can provide millions or billions of tons of water without taking any serious harm.

One way to use water for propulsion is to crack it then use the hydrogen and oxygen alternately as plasma exhausts. That's assuming fission or fusion reactors and high density batteries as a power source.

^ • Reply • Share ›

**Nate** → JB 1969 • 2 years ago • edited

Plasma thrusters have been operating for decades on satellites. You should also remember that efficiency isn't the only metric; again, a space-storable propellant that simplifies design and loading is quite valuable. Water is also considerably more dense than, say, krypton, so while an ion engine may be more efficient, that is not a guarantee it will have a greater delta-V.

As for propellant, yes, but fortunately there are many other potential uses for water in space. If we don't unnecessarily limit ourselves all sorts of options become available.

^ • Reply • Share ›

**RocketGuy** → Nate • 2 years ago

How many Newtons of force can this engine generate? If it is much higher than ion engines, then it may help them get the spacecraft to the desired orbit quicker and generating income for the operator.

1 ^ • Reply • Share ›

**Nate** → RocketGuy • 2 years ago

Momentus is planning a number of different engines, I would take a look at their website for more information. They do claim higher thrust than traditional ion engines, but such numbers are specific to the thruster involved.

• Reply • Share ›

**publiusr** → Blaise A. Darveaux • 2 years ago

I thought they were the new DEVO group.
ARE WE NOT NERDS?

• Reply • Share ›

**perilun** → Blaise A. Darveaux • 2 years ago

Looks like they are trying to be the anti-VC-marketers ... good for them

• Reply • Share ›

**Hug Doug** ✓verified → perilun • 2 years ago

Anti-VC, is that anti-Venture Capital?

If so, that's not correct at all. They've raised a total of $34 million in funding from multiple venture capital firms. Prime Movers Lab, Y Combinator, Liquid 2 Ventures, Quiet Capital, One Way Ventures, and Mountain Nazca are some of the VC investors.

1 • Reply • Share ›

**perilun** → Hug Doug ✓verified • 2 years ago • edited

I am sure that have raised a bunch of VC $$$ and will raise more for them ... but they are trying to look non-big-biz garage startup here. It may be the moment that the suit jacket wearing VC guys and CEOs just jumped the PR shark.

I think they have a nice concept and wish them the best of luck.

• Reply • Share ›

**Mark Davis** → perilun • 2 years ago

They would never be able to develop, test, and operate their technology without venture capital funding or if one of the founders happened to be a billionaire.

Personally I think using water as a propellant is brilliant. If they can develop an engine with high enough thrust you could use these as reusable boosters on the surface of the moon, or mars, for point to point travel at the very least.

• Reply • Share ›

**perilun** → Mark Davis • 2 years ago • edited

Usually true ... VC money can be a big help ... and it's great when VC money can bring the some great products and services to the market. I am not criticizing VCs ... but these VC related photos tend to have a CEO look vs a engineers look. That is why this is different.

This is essentially an water-electric engine ... so the thrust will always be limited to

slow - but also changes with how masses is still a good approach and safer to work with on the ISS. Only chemical reactions create the rapid high volume energy releases that you need to fight gravity loss (liftoff).

• Reply • Share ›

**Edward O'Malley** • 2 months ago • edited

This article should probably have a note added at the top that Momentus lied about their tests, which failed.

1 • Reply • Share ›

**astronut666** → Edward O'Malley • 2 months ago

No kidding - the SEC filing about the settlement is eye opening, nothing really worked, no measurable thrust actually measured, and only 3 hot firings were accomplished:

https://www.sec.gov/litigat...

As soon as I saw the water line freeze problem in this article I knew these were amateurs - no survival heaters to keep the lines above freezing temp is a huge error. Also, Kokorich was denied required licenses because he was Russian, was denied political asylum and forced to leave the country in Jan. Just a huge mess all around.

• Reply • Share ›

**therealdmt** • 2 years ago

That's a good picture :D

1 • Reply • Share ›

**therealdmt** • 2 years ago • edited

Of course this is nothing exactly new though. Parks Plastics had developed water rockets and they were being widely deployed back in the 60s https://rebelrockets.wordpr...

1 ⌄ 1 • Reply • Share ›

**Flatley** → therealdmt • 2 years ago

I remember these too, although after conducting multiple trade studies I concluded vinegar and baking soda delivered superior performance.

5 • Reply • Share ›

**Gary Camp** → therealdmt • 2 years ago

They have increased the specific impulse quite a bit since the 60s.

1 • Reply • Share ›

**ryan wittstock** • 2 months ago

Well rip lol

• Reply • Share ›

**Nick H** • 2 years ago

2021 SPACENEWS, INC. ALL RIGHTS RESERVED

Case 1:21-cv-01869-FYP   Document 8-5   Filed 09/27/21   Page 8 of 8