# EXHIBIT 4



**OFFICE OF THE UNDER SECRETARY OF DEFENSE**
3000 DEFENSE PENTAGON
WASHINGTON, DC 20301-3000

ACQUISITION
AND SUSTAINMENT

Acting Chairman Elad Roisman　　　　　　　　　　　　　　　　　　　　January 13, 2021
U.S. Securities and Exchange Commission
100 F Street NE
Washington, DC 20549

Dear Acting Chairman Roisman:

　　My office is aware that Stable Road Acquisition Corp. (Nasdaq: SRAC) entered into an Agreement and Plan of Merger with Momentus Inc. (Momentus) to create an Initial Public Offering (IPO) for Momentus (Nasdaq: MNTS). The Department of Defense (DoD) has concluded that Momentus presently poses a risk to national security and accordingly has requested appropriate governmental agencies conduct national security reviews. These risks stem from Momentus' foreign ownership, financial relationships, and business activities discussed in greater detail below. Until these reviews have been conducted and the national security risks effectively mitigated to the satisfaction of DoD, my office will continue to recommend that DoD places an indefinite hold on all Momentus' relationships with DoD. This will include, where appropriate, DoD contractors and service providers.

　　DoD has also closely reviewed the disclosure documents filed with the U.S. Securities and Exchange Commission (SEC) and assesses they contain potential material misrepresentations, misleading statements, or omissions made by SRAC regarding Momentus. These misstatements may negatively impact investors unless a fulsome disclosure of the below risks are properly and fully disclosed to the SEC.

**National Security Concerns**:

- In April 2012, Mikhail Kokorich, a Russian national and U.S. asylum seeker, founded Dauria Aerospace in Munich, Germany.[1] Dauria had an office in Skolkovo, Russia as well as a U.S.-based subsidiary in Mountain View, California. According to publicly available financial information and news outlets, Dauria was financially backed by Russian and Chinese investors.[2] In April 2014, the Federal Bureau of Investigation (FBI) released a statement that the Skolkovo Foundation "may be a means for the Russian government to access our nation's sensitive or classified research."[3] The announcement of the Chinese investment was made by Dauria partner, the Skolkovo Foundation.[4][5]

---

[1] https://spacenews.com/39609spotlight-dauria-aerospace/
[2] https://newspaceglobal.com/dauria-aerospace-receives-70m-chinese-investment-fund/
[3] https://www.bizjournals.com/boston/blog/startups/2014/04/fbis-boston-office-warns-businesses-of-venture.html
[4] http://www.parabolicarc.com/tag/dauria-aerospace/
[5] https://room.eu.com/article/Skolkovo_and_a_new_breed_of_Russian_space_startups

These foreign financial relationships and business activities warrant national security reviews by DoD and other appropriate government agencies. As discussed in more detail below, DoD interprets the information provided in the SEC Form S-4 filed by SRAC on November 22, 2020, as containing omissions of material facts that should be disclosed to the SEC.

- On November 2, 2020, SRAC filed an S-4 regarding Momentus with the SEC.[6] On page 210 of this filing, SRAC stated "Momentus issued a convertible promissory note to Nortrone Finance S.A. ("Nortrone") in exchange for $200,000. Nortrone Finance S.A. is owned by Mikhail Kokorich and his wife [Luidmila Kokorich]." In contrast to this benign description of financing by Nortrone, Nortrone was identified in the Panama Papers as being a financial intermediary between the bearer of the shares and Capita Fiduciary.[7][8] Capita Fiduciary, in turn, is reportedly based in Luxembourg, and reportedly registered in Jersey, UK.[9][10] This same document listed BrainySpace LLC as an investor and stated it is owned by Olga Khasis, wife of Lev Khasis. Lev Khasis is the First Deputy Chairman of Russia's state-owned bank, Sberbank.[11] Sberbank is on the Office of Foreign Assets Control's Specially Designated Nationals and Blocked Persons list; commonly referred to as the "Sanctions List."

This complex and opaque foreign ownership structure thus may not accurately reflect the ultimate beneficial owner of Momentus nor the true identity of financiers of Momentus. Moreover, conducting business with or having financial relationships with sanctioned individuals or entities can result in significant legal or administrative actions that are adverse to the stated business operations of Momentus. These financial relationships and Momentus' opaque foreign ownership structure warrant national security reviews by DoD and other appropriate government agencies. DoD interprets the information provided in the S-4 as an omission of a material fact that should be disclosed to the SEC.

**Disclosure Documents:**

- The November 2, 2020, S-4 addresses forward-looking statements including "the ability to attract or maintain a qualified workforce with the required security clearances and requisite skills." This disclosure does not adequately address the possibility of a revocation of security clearances for all employees, contractors, or executives should that be determined following the national security review process. DoD interprets the information provided in the S-4 as misleading because it does not capture the full extent of possible outcomes following a national security review.

---

[6] https://www.sec.gov/Archives/edgar/data/1781162/000121390020034368/fs42020_stableroadacq.htm
[7] https://offshoreleaks.icij.org/nodes/10174666
[8] https://panama.data2www.com/e/10174666
[9] https://offshoreleaks.icij.org/nodes/11003262
[10] http://independentdirectors.net/jersey/capita-fiduciary-group-ltd/
[11] https://www.wsj.com/market-data/quotes/AKSJF/company-people/executive-profile/2504355

- The November 2, 2020, S-4 states that Mikhail Kokorich "is seeking asylum" and that if his application is not granted that it will make it difficult for "him to perform his duties as Chief Executive Officer." DoD interprets this statement as misleading because even if Mikhail Kokorich is granted asylum, he would not immediately become a U.S. Citizen. Non-U.S. citizens do not automatically qualify for a security clearance.[12] Therefore, the CEO of Momentus would not be able to access any sensitive information or facilities without violating DoD mandates and administrative laws and regulations. This includes DoD contractors and suppliers such as Lockheed Martin and Space-X, two DoD contractors listed in the "Momentus Investor Presentation December 2020." Furthermore, DoD understands that many of Momentus' relevant patents are held by Mikhail Kokorich. DoD is currently reviewing these patents to assess whether these patents cover inventions that serve in critical roles within the DoD space enterprise. If these patents or their applications are sensitive by nature, this may jeopardize future launches or demonstrations by Momentus should Mikhail Kokorich's asylum application not be granted. DoD interprets the description of Mikhail Kokorich's asylum application and its failure to address any negatively associated outcomes following a determination as misleading.

- The November 2, 2020, S-4 acknowledges that Momentus is subject to U.S. laws regarding "export/import controls, sanctions, technology transfer restrictions, [and] government contracts and procurement" among others. The disclosure goes on to state "[f]ailure by us, our employees, affiliates, partners or others with whom we work to comply with applicable laws and regulations could result in administrative, civil, commercial or criminal liabilities, including suspension or debarment from government contracts or suspension of our export/import privileges." DoD is currently reviewing a 2019 federal investigation to determine if Mikhail Kokorich violated export control laws while serving as both an investor and executive in several satellite companies.[13] DoD believes that Momentus accurately states the legal ramifications of violating the law, but fails to effectively disclose that its CEO, Mikhail Kokorich, has been investigated for these same violations and that DoD is currently reviewing them following discovery of the cited article. DoD interprets the failure to disclose Kokorich's past investigation, or its subsequent review, as a material omission of risks posed to investors.

These above facts have led DoD to concluded that Momentus' current proposal poses a risk to investors. DoD requests that because of outstanding national security concerns the SEC delay the IPO of Momentus in order to provide DoD and other government agencies the appropriate time to conduct further due diligence.

Andrew Pahutski
Director, Office of Foreign Investment Review

---

[12] https://www.dcsa.mil/mc/ctp/int/security/
[13] https://news.yahoo.com/ceo-1-2-billion-space-110051362.html

3